IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00658-PAB-KLM

MICHAEL K. GRAY, and
JERRY PARKISON,

    Plaintiffs,

v.

ARAPAHOE COUNTY, PUBLIC WORKS AND DEVELOPMENT,
ARAPAHOE COUNTY ROAD AND BRIDGE,
DAVID M. SCHMIDT, in his official capacity as the Director of Public Works, and
ALLEN PETERSON, in his official capacity as Manager of Arapahoe County Road and Bridge Division,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Order** [#18] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: September 8, 2015