IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-00658-KLM

MICHAEL K. GRAY and JERRY PARKISON

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE COUNTY

    Defendant.

## [~~PROPOSED~~] STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED**

Dated: 9/8/15

                                                Hon. Kristen L. Mix
                                                United States Magistrate Judge

{00465698:}

**APPROVED:**

| | |
|---|---|
| *s/ Rosemary Orsini* | *s/ Shelby A. Felton* |
| Rosemary Orsini, Esq. | Shelby A. Felton, Esq. |
| BERENBAUM WEINSHIENK PC | VAUGHAN & DEMURO |
| 370 17th Street, Suite 4800 | 3900 E. Mexico Ave., Suite 620 |
| Denver, Colorado 80202 | Denver, Colorado 80210 |
| Telephone: (303) 592-8305 | Telephone: (303) 837-9200 |
| E-mail: rorsini@bw-legal.com | Email: sfelton@vaughandemuro.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |