IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00658-PAB-KLM

MICHAEL K. GRAY, and
JERRY PARKISON,

    Plaintiffs,

v.

ARAPAHOE COUNTY, PUBLIC WORKS AND DEVELOPMENT,
ARAPAHOE COUNTY ROAD AND BRIDGE,
DAVID M. SCHMIDT, in his official capacity as the Director of Public Works, and
ALLEN PETERSON, in his official capacity as Manager of Arapahoe County Road and Bridge Division,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Modify the Scheduling Order to Extend the Deadline to Submit Expert Disclosures** [#25] (the "Motion to Modify") and on Plaintiffs' **Motion to Withdraw Plaintiff's Unopposed Motion to Modify the Scheduling Order** [#27] (the "Motion to Withdraw").

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#27] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion to Modify [#25] is deemed **WITHDRAWN**.

    Dated: March 15, 2016